STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

22-664 consolidated with 22-663


STATE OF LOUISIANA

VERSUS

KENTON CROOMS



**********

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF VERMILION, NO. 63023 C/W 63022
HONORABLE THOMAS JAMES FREDERICK, DISTRICT JUDGE

**********

**GUY E. BRADBERRY**
**JUDGE**

**********

Court composed of Candyce G. Perret, Charles G. Fitzgerald, and Guy E. Bradberry, Judges.



**AFFIRMED.**

**Donald D. Landry**
**District Attorney**
**Lauren M. Hue**
**Assistant District Attorney**
**15th Judicial District Court**
**100 N. State Street, Ste. 215**
**Abbeville, LA 70510**
**(337) 898-4320**
**COUNSEL FOR:**
     **State of Louisiana**

**G. Paul Marx**
**Louisiana Appellate Project**
**P.O. Box 82389**
**Lafayette, LA 70598-2389**
**(337) 237-2537**
**COUNSEL FOR:**
     **Kenton Crooms**

**BRADBERRY, Judge.**

For the reasons set forth in the companion consolidated case hereto, *State of Louisiana v. Robert Crooms, Jr.*, 22-663 (La.App. 3 Cir. __/__/__), ___ So.3d ___, the State has similarly failed to meet its burden of proving an abuse of discretion in the trial court's granting of Defendant's motion to quash. Accordingly, the ruling on the motion to quash for improper venue is affirmed.

**AFFIRMED.**